THE LE ROY HYDRAULIC ELECTRIC AND GAS COMPANY, Appellant, *v.* ANTONIO CACCAMISE, Respondent.

*Le Roy Hydraulic El. & Gas Co.* v. *Caccamise,* 119 App. Div. 914, affirmed.
(Argued December 2, 1908; decided December 18, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 7, 1907, affirming a judgment in favor of defendant entered upon the report of a referee in an action to restrain a trespass on lands alleged to belong to plaintiff.

*James M. E. O'Grady* and *W. H. Foster* for appellant.

*Chester A. Van Arsdale* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.